# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

STEPHEN D. ARTHUR,  
          Plaintiff,

    vs.

TRANS UNION, LLC, a Delaware  
limited liability company; and  
FIRST PREMIER BANK, a  
foreign corporation;  
          Defendants.

CASE NO.  2:16-cv-013943-LJM-DRG

Judge Laurie J. Michelson  
Magistrate Judge David R. Grand

_____

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY
_____

    PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Stephen D. Arthur ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union").  Accordingly, Trans Union does not intend to participate in the Rule 16 Scheduling Conference on January 6, 2016, unless directed to do so by the Court.  Plaintiff and Trans Union anticipate filing a Stipulation of Dismissal with Prejudice shortly, once the settlement is consummated.

Respectfully submitted,

Date:  January 5, 2017

*s/ Christopher A. Ferguson*
Laura K. Rang, Esq. (IN #26238-49)
Christopher A. Ferguson, Esq. (IN #29540-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  cferguson@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*

Date:  January 5, 2017

*s/ Travis L. Shackelford* (*with consent*)
Gary D. Nitzkin, Esq.  P41155
Travis L. Shackelford, Esq.  P68710
Nitzkin & Associates
22142 W. Nine Mile Road
Southfield, MI 48033
(248) 353-2882
gary@micreditlawyer.com
travis@CreditRepairLawyersAM.com

*Counsel for Plaintiff, Stephen D. Arthur*