UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN D. ARTHUR,

    Plaintiff,

v.                                Case No. 16-13943
                                          Hon. Laurie J. Michelson
                                          Mag. David R. Grand

FIRST PREMIER BANK,

    Defendant.

_____

### **STIPULATION TO DISMISS DEFENDANT FIRST PREMIER BANK, WITH PREJUDICE AND WITHOUT FEES OR COSTS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stephen D. Arthur and Defendant First Premier Bank, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant First Premier Bank, with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Travis L. Shackelford | /s/ Justin A. Chmielewski |
| Travis L. Shackelford (P68710) | Justin A. Chmielewski (P81053) |
| Attorney for Plaintiff | Attorney for First Premier Bank |
| 22142 West Nine Mile Road | 2723 S. State St., Ste. 150 |
| Southfield, Michigan 48034 | Ann Arbor, MI, 48104 |
| (248) 353-2882 | (734) 222-5179 |
| gnitzkin@creditor-law.com | colson@olsonlawpc.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN D. ARTHUR,

    Plaintiff,

v.                                                      Case No. 16-13943
                                                      Hon. Laurie J. Michelson
                                                      Mag. David R. Grand

FIRST PREMIER BANK,

    Defendant.

_____

### ORDER OF DISMISSING DEFENDANT FIRST PREMIER BANK WITH PREJUDICE AND WITHOUT FEES OR COSTS

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Defendant First Premier Bank is hereby dismissed from this matter with prejudice and without fees or costs to either party.

                                                         s/Laurie J. Michelson
                                                         LAURIE J. MICHELSON
Dated: February 1, 2017                      U.S. DISTRICT JUDGE