UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN D. ARTHUR,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC, a Delaware<br>limited liability company; and<br>FIRST PREMIER BANK, a<br>foreign corporation;<br>　　　　Defendants. | CASE NO.  2:16-cv-13943<br><br>Judge Laurie J. Michelson<br>Magistrate Judge David R. Grand |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRANS UNION, LLC, ONLY**

Plaintiff Stephen D. Arthur, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Stephen D. Arthur against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Stephen D. Arthur against Defendant Trans Union, LLC only are dismissed, with prejudice.

Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　　s/Laurie J. Michelson
　　　　　　　　　　　　　　　　　　　　　　　LAURIE J. MICHELSON
Dated: February 15, 2017　　　　　　　　　　U.S. DISTRICT JUDGE

**I consent to the entry of this order**:

Date:  February 15, 2017            *s/ Travis Shackelford* (with consent)
                                    Gary D. Nitzkin, Esq.
                                    Travis Shackelford, Esq.
                                    Carl Schwartz, Esq.
                                    Nitzkin & Associates
                                    22142 West Nine Mile Road
                                    Southfield, MI  48033
                                    Telephone:  248-353-2882
                                    Fax:  248-213-6397
                                    E-Mail:  gnitzkin@creditor-law.com
                                                tschackelford@creditor-law.com
                                                carl@micreditlawyer.com

                                    *Counsel for Plaintiff Stephen D. Arthur*

Date:  February 15, 2017            *s/ Christopher A. Ferguson*
                                    Laura K. Rang, Esq.  (IN #26238-49-A)
                                    Christopher A. Ferguson, Esq.
                                     (IN #27833-49)
                                    Schuckit & Associates, P.C.
                                    4545 Northwestern Drive
                                    Zionsville, IN  46077
                                    Telephone:  317-363-2400
                                    Fax:  317-363-2257
                                    E-Mail:  lrang@schuckitlaw.com
                                                cferguson@schuckitlaw.com

                                    *Counsel for Defendant Trans Union, LLC*


                                    Brian A. Nettleingham, Esq. (MI #P58966)
                                    Maddin, Hauser, Wartell, Roth
                                    & Heller, P.C.
                                    28400 Northwestern Hwy., 3rd Floor
                                    Southfield, MI 48034
                                    Telephone: 248-359-7503
                                    E-Mail:  ban@maddinhauser.com

                                    *Local Counsel for Defendant Trans Union, LLC*